[No. 2165-1.    Division One.    July 15, 1974.]

ANITA E. SATTERLEE et al., Appellants, v. WALTER A. SCHAEFER, Respondent.

Appeal from a judgment of the Superior Court for King County, No. 743530, Howard J. Thompson, J., entered February 9, 1973. Dismissed by unpublished per curiam opinion.

[No. 1134-2.    Division Two.    July 15, 1974.]

THE STATE OF WASHINGTON, Respondent, v. MONTY E. TRIPLETT, Appellant.

Appeal from a judgment of the Superior Court for Kitsap County, No. 60418, Oluf Johnsen, J., entered May 31, 1973. Dismissed by unpublished per curiam opinion.

[No. 2191-1.    Division One.    July 22, 1974.]

THE STATE OF WASHINGTON, on the Relation of Gloria Rogers, Appellant, v. JAMES JACOBSEN, Respondent.

Appeal from a judgment of the Superior Court for Snohomish County, No. 113357, Daniel T. Kershner, J., entered March 14, 1973. Affirmed by unpublished opinion per Swanson, C.J., concurred in by Horowitz and Williams, JJ.

[No. 945-2.    Division Two.    July 26, 1974.]

ARDENA D. SIRMON, Appellant, v. DONALD LENTZ et al., Respondents.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 61393, John H. Kirkwood, J., entered November 3, 1972. Affirmed by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.